## THE MAYOR AND ALDERMEN OF JERSEY CITY, APPEL-LANT, v. ERIE RAILROAD COMPANY, RESPONDENT.

Argued March 19, 1913—Decided June 30, 1913.

On appeal from the Supreme Court, whose opinion is reported in 54 *Vroom* 92.

For the appellant, *Thomas G. Haight* and *Warren Dixon.*

For the respondent, *Gilbert Collins* and *George S. Hobart.*

PER CURIAM.

This appeal seeks the review of a conviction of the defendant under the same ordinance dealt with in the case of *Jersey City* v. *Pennsylvania Railroad Co., ante p.* 716, and for the reasons there given the judgment will be affirmed.

The same questions arise in this as were disposed of in that case, and the opinion there is adopted as the opinion of the court in the present case. In addition to this there were fifteen other cases precisely similar in all respects, including their titles, and were numbered on the list of causes for the March term, 1913, with this, as numbers 65 to 80, both included.

For the reasons given in the opinion in the case against the Pennsylvania Railroad Company the judgment of the Supreme Court in each case is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, BOGERT, CONGDON, WHITE, TERHUNE, JJ. 11.

*For reversal*—None.